IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ~~Colorado~~ Kansas

FILED
U.S. District Court
District of Kansas

APR 28 2022

Clerk, U.S. District Court
By_____ Deputy Clerk

Civil Action No.   22-3085-SAC
(To be supplied by the court)

Willis Earl Jenkins Jr, Plaintiff

v.

Elizabeth O'neil (Head of Classification),

Deputy Ravencamp (Disciplinary Hearing Officer),

El Paso County Jail (Colorado Springs, Colorado)

Bill Elder (Sheriff), Defendant(s).

Jury Trial requested:
(please check one)
✓ Yes ___ No

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

#0277126

Willis Earl Jenkins Jr., 2734 East Las Vegas Street Colorado Springs Colorado 80906

(Name, prisoner identification number, and complete mailing address)

_____

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

- ✓ Pretrial detainee
- ___ Civilly committed detainee
- ___ Immigration detainee
- ___ Convicted and sentenced state prisoner
- ___ Convicted and sentenced federal prisoner
- ___ Other: *(Please explain)* _____

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Elizabeth O'Neil (Head of Classification)
(Name, job title, and complete mailing address)

2734 East Las Vegas Street Colorado Springs Colorado 80906

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No *(check one)*. Briefly explain:

Elizabeth O'Neil Head of Classification being employed with the governmental entity El Paso County Jail in Colorado Springs, Co.

Defendant 1 is being sued in his/her ✓ individual and/or ✓ official capacity.

2

Defendant 2: __Deputy Ravencamp (Disciplinary Hearing Officer)__
(Name, job title, and complete mailing address)

__2739 East Las Vegas Street Colorado Springs, Colorado 80906__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

__Deputy Ravencamp (Disciplinary Hearing Officer) being employed with the governmental entity El Paso County Jail in Colorado Springs Colo.__

Defendant 2 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 3: __El Paso County Jail (Colorado Springs, Colorado)__
(Name, job title, and complete mailing address)

__2739 East Las Vegas Street, Colorado Springs, Colorado 80906__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

__El Paso County Jail of Colorado Springs Colorado being by Home Rule Charter a governmental entity.__

Defendant 3 is being sued in his/her ___ individual and/or ✓ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓ 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___ Other: (*please identify*) _____

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: See Attachments pages 1-14

Supporting facts:

B. Defendants Information

Defendant #4
  Bill Elder (Sheriff)
  2739 East Las Vegas Street Colorado Springs, Colorado 80906

At the time the claim(s) in this complaint arose was this defendant acting under color of state or federal law ✓ yes

Bill Elder the sheriff of (by Home rule Charter of the governmental entity El Paso County Jail of Colorado Springs, Colorado

Defendant #4 is being sued in his official and individual capacity.

### E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): El Paso County Jail, Judge Curtis, Judge Burney

Docket number and court: 21-CV-02991

Claims raised: Constitutional Right Violations

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) Dismissed

Reasons for dismissal, if dismissed: With prejudice

Result on appeal, if appealed: haven't appealed yet..

### F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

✓ Yes ___ No (*check one*)

**G.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

See Attachments pages 1-14

**H.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

April 22, 2022
(Date)

(Revised February 2022)

qu sentences
page 1 of 18

D. Statement of Claims against Defendant 1 Elizabeth Oneil, Head of Classification

Head of classification Elizabeth Oneil's personal participation by far, far more illustrious as imploring factors weigh in constitutional right violations. (1) Such "Due Process of Law Amendment 5" (2) "sentiments completely detached."

Due process of Law Amendment 5 ensures renewed protection any dissatisfied commodity may question, as persons (3) embrace or attempt dialauge supposing possession of their rights. I do say, declaratory decree whos edict declares the rights of plaintiff, or some binding declaration under which the United States constitution declares existing rights in favor of the plaintiff, whom exist not only when I Willis Earl Jenkins Jr (the Plaintiff) is denied of his right, which I am entitled to, but also when embracing any such rights to ensure protection supporting the possession of their/my rights. (4)

<u>Claim #1</u>

- My ~~rights~~ "Due process of Law" rights were violated subsequent to the relative, while embracing other federally protected rights to (5) ensure protection supporting the possession of those federally protected rights. When my 5th Amendment Due Process of Law was violated, it was violated as it attempted to ensure protection of my other federally protected rights whom were underseige. (6) "

"For factual completion, regarding Amendments:

Amendment
1. Freedom of speech advocates completely collapsed with/by the constant neglect to adhere or respond to classification kites(messages) thus preventing

a4 sentences

page 2 of 18   D. Statement of Claims against Elizabeth Oneil (Head of Classification) Defendant #1

(7) employable access to kite other occupants.

Amendment 5. "Due process of Law" sentiments entirely disregarded and disfigured, hence "Violated", reassurred acknowledging the constant exertions to maintain disciplinary sanctions before and after the conclusion of disciplinary apparell, diminishing all cordial aspects pronounced as one visits Amendment 6 "Rights of the accused" expressions.(8) Inconjuncture too, acknowledging the pious manner in which my housing reviews outcome recommeded continued placement of me,"unvoluntarily", in Isolated solitary restrictive housing, with no particular intrest in including me in any way with the housing review.(9) "No proof of such" a housing that review even took place relayed to me in anyway.(10)"

Enveloped all with Amendment 8 Cruel and unusual punishment Violations, grasping too my Amendment 14 rights as a Citizen of these United States.(11) Cruel and unusual versitle punishments distributed in ailing fashion but better yet appeased perhaps acknowledging the unruly, unjustified duration in which I have unvoluntarily been forced to endure since July 2021, over 240 day and counting, Ms. Elizabeth Oneil being the supervisory, direct persuassion and camaroderie, extinguishing such staunch dedication and perserverance at her whim to keep me unusually confined to Isolated solitary restrictive confinement.(12)

" Due Process of Law devotions achieve universal spontaneous resolve, wherein subtle Compliments detail in vibrant fashion any relative regiments imploring.(13) The Law which instructs honest, fair, Liberal relations upon inquiry and beyond.(14)"

## Claim #2

- Amendment 8 and 14 Violations, Cruel and unusual abnormal

94 sentences

page 3 of 18   D. Statement of Claims against Elizabeth O'Neil (Head of Classification) Defendant #1

relations in commodity are utilized grotesquely for punishments (15) here throughout this county jail. El Paso County Colorado Springs, Colorado Jails classification supervisory portions common place preference to bashfully maintain pompous rituals for punishments is grotesquely inhumane, and radiantly saturated through isolated solitary restrictive (16) confinement where I am currently housed. I have been housed here in isolated solitary restrictive confinement punitively and dispairingly since (17) July 2021 without any signs of abdicating. Unusual principles, abnormal preferences, cruel correspondence all symbolize the sullenness throughout all corrupt classification sentiments keenly upholding this unshakable (18) administrations structure.

"The illegal policies, customs, methods and amusement allowed throughout this grotesque administrations classification provisions are monotonous and (19) oppressive without any indication of abdicating." I have been in solitary restrictive confinement twenty three hours a day with only one hour out of my cell each day, and not a single outdoor recreation ever since coming to (20) Jail July 2021. It's inhumane to administer such intolerable punitive provisions upon me unvoluntarily. Mental health is definitely disregarded, or more than (21) likely considering the countless devious calculative maneuvers of this ignorant county jail, probably completely regarded and purposely applied to force (22) circumstantual mental health psychological afflictions upon me to harm. Before I had any type of disciplinary fragrance, punitive acts of constitutional right (23) deprivations/malnurishment was established and forced upon me. Twenty three and one ever since July 2021 is inhumane and not right, illegal to say the least, such acts would indeed cripple if not break, 90% of the persons who advocate or (24) administer out such staunch punishments. "Insult added to injury withstands only

94 sentences

page 4 of 18   D. Statement of Claims against Elizabeth O'neil (Head of Classification) Defendant #1

(25) Anymore than contributors can polish less the tables rotate." And it's a regular ambition maintained correspondent to this El Paso County Jail of Colorado springs, Colorado. (26) Department of Corrections (D.O.C) doesn't even force (27) involuntary confinements as harsh or intolerable as these in comparision. And I am sure it's for a reason, not to mention persons restrained to the Jurisidiction of Colorados Department of Corrections are no longer considered not guilty, and have in fact moreso than not ^been found guilty or admitted guilt, inturn expanding them to the full wrath of Justice to be consequenced. (28) So regarding constitutional lineage embraced by me "the presumption of innocence", I should be treated in every regard as such, not visa-versa. (29) Department of Corrections issue out only 15 days "max" in regards to disciplinary consequences when placing a individual in isolated solitary restrictive confinement after an act. (30) This ignorant corrupt county Jail in Colorado springs, Colorado (El Paso County Jail) keeps persons segregated in solitary restrictive confinement 23-1 for far longer than 15 days, and without (31) any credited time acquainted as you wait for the disciplinary process. So you'll find yourself waiting 15 days for the write-up process sitting in restrictive confinement 23-1, then once you get served on the 15th day with 30 days you'll have to wait for the paperwork to process which give or take is 5 days, inturn by the time your said and done you'd have spent (32) 80 days in isolated solitary restrictive confinement. An this is no over-exageration, (33) it actually the contrary an understatement. Furthermore, like I it gets worst, even upon the completion of 80 days you still may be involuntarily held in solitary restrictive confinement under disciplinary ~~sactions~~ sanctions unjustified waiting on a alleged housing review in which you'll take no part of, all the while pushed and provoked to act up through a multitude of acts to justify the ill mannerism

94 sentences

page 5 of 18   D. Statement of Claims against Elizabeth O'neil (Head of Classification) Defendant #1

conveyed by giving you another write-up for exercising and arguing just (34) clauses.

Mental health and classification go hand in hand when isolated solitary (35) restrictive confinement aspects are at play. Excessive maneuvers to hopefully justify ill mannered kinks meandering amongst proper protocol and classification (36) techniques constantly prevail. Classification lapses need urgent uninterrupted (37) attention.

Regarding regulations of restrictive housing in Jail HB-21-1211. (38) Embracing and acknowledging such an enactments thesis, this bill acknowledges "all" (39) commodity meager and vast I have been grievancing about. And embracing such values and knowledge this Jails classification staff Ms. Elizabeth O'neil being the supervisor of, still leisurely keeps me under inhumane conditions albeit 23-1, no news regiments of any kind, no privileges, under (40) 100% disciplinary sanctions. This Bill leaves no room for their still continued illegal misbehavior, just because July 1, 2022 it takes full effect doesnot mean to keep doing to people what you "knew" is to be (41) constitutionally wrong up untill then. Such acts are what give (42) civil suits such as this dependability. HB-21-1211 Regulations of (43) Restrictive Housing in Jail.

- G. Request for Relief

Compensations correspondent to such tragedies envisioned amount nonetheless are to redeem and accommodate uniformly any such losses due to absence of precious policy. (44) I am requesting a Jury Trial and monetary relief in the amount of 4 million dollars, $4,000,000.00, four million Dollars from Defendant #1 Elizabeth O'neil (Head of Classification). (45)   Truly, Willis Earl Jenkins Jr

April, 22 2022

qq sentences

page 6 of 18   D. Statement of Claims against ~~Deputy Ravencamp~~ Defendant #2 Deputy Ravencamp (Disciplinary Hearing officer)

Deputy Ravencamp's personal participation revolves around a phrase impossible of pricise definition, a phrase which asserts a fundemental principle of Justice rather than a specific rule of Law. (46)

### Claim #7
"Due Process of Law Violations"

"Amendment #5 of the United States Constitution provisions concerning Due Process of Law, and just compensation clauses, has acquired the utterly rancid fragrance of which deprivations whom by declaratory decree declares only exist when I ~~the plaintiff~~ Is Denied of his right which he be ~~entitled to~~."(47) Willis Earl Jenkins Jr the plaintiff ~~be entitled to.~~

"Due Process of Law Violations embark when the right to prottection from violation of any of the fundemental conceptions of Justice who lay at the base of our civil and political institutions takes place, for instance my Amendment 8 and Amendment 14 dilemma acknowledging the anguish, and ailing psychological effects caused by the cruel inhumane duration I have been placed in isolated solitory restrictive confinement (over 250 days).(48) The cruel psychological ~~stress~~ stress created from this unvoluntary placement and duration in isolated solitory restrictive confinement has been like physical torture."(49)

"Due process of Law violations so unyeilding and display themselves in vibrant fashion with the unconstitutional way Deputy Ravencamp being the disciplinary hearing board officer ceaselessly, and wrongly distributed confinement time upon me without the required case evaluation ~~or~~ on a balanced order of facts, exactly and fairly stated with the detached

a4 sentences

page 7 of 18  D. Statement of Claims against ~~Deputy~~ Ravencamp Defendant #2 (Disciplinary Hearing officer)

(50) consideration of conflicting claims. Not only on a judgement non bias, and episodic, but too duly mindful of reconciling the needs both of continuity and of the law which instructs honest "(51) fair, liberal relations upon inquiry and beyond.

Liberty to satisfy such investigative avenues or alternative sanctions other than isolated solitary restrictive confinement once an individual such as myself has been subjected to so much opportune over exasperated Stoicism has been simply "non-existent." Deputy Ravencamp simply just signing (52) off accounts without extinguishing proper mannerisms regarding due process, is another example of the "underlining factors" exercising "manipulations" of designed contentions embraced, and engineered to dislodge and reassemble (53) the cordialty of designed mannerisms. Outside of formality mannerisms which guide order and ensure directions, "emphasized contempt" entermixed with excuses to carry contemptuous seemingly just actions into play, although explicitedly out of the cardinal designed order, relate afflictions immersed (54) through most devious and secretive corrupt acts. An to regularly accept illustrations of such manuvers, "polish" and remarkably give the irregular movements "incentive" to keep emerging time and time again, "creating an obscurity" to assist lazy, obnoxious, unjust, irresponsible characteristics of people and administrations such as this Colorado Springs, Colorado El Paso County Jail who is in a state of decay "disfiguring all legal logic by "enforcing lawless" conceptions of just," forcing I Willus Earl Jenkins Jr to "over 250 days" in isolated solitary restrictive confinement and as of ~~today~~ today still counting (55) since July 2021. As of today too acknowledging HB-21-1211, 17-26-301 C.R.S etc... I'm still punitively being held in isolated solitary restrictive confinement with only one hour out of my cell aday under limited privileges and disciplinary (56) sanctions.

D. Statement of Claims against ~~Deputy~~ Ravencamp (Defendant #2) (Disciplinary Hearing Officer)

"Not only does no man in a government hold power by personal right, but that he has no authority independent of those he governs."(57)

I have demonstrated that the depositories of the executive power are not the masters of the people, but its officers.(58) That the people may establish or remove them as it pleases.(59)" "That for these officers there is no question of contracting, but only of obeying.(60)" ~~What~~ "That in undertaking the functions which the state imposes on them, they only fulfill their duty as citizens, with no right of any kind to dispute the terms!"(61)

- G. Request for Relief

"Compensations correspondent to such tragedies envisioned amount nonetheless uniformly are to redeem and accommodate any such losses due to absence of precious policy."(62)

I am requesting a jury trial and monetary Relief in the amount of 2 million dollars, $2,000,000.00, two million dollars from Defendant #2 Deputy Ravencamp The Disciplinary Hearing Board Officer.(63)

April 22, 2022                    Truly, Willis Earl Jenkins Jr
                                  W.E.J. II

add sentences

page 9 of 18

Defendant #3

D. Statement of Claims against El Paso County Jail in Colorado Springs, Colorado

## Claim #7

### Amendment 5 (Violations), Due Process of Law

El Paso County Colorado Springs, Colorado's Jail haphazard policies whom contribute and escort its customs of extended inhumane steads in isolated solitary restrictive confinement is not only arbitary, purposeless, alongside excessive with seemingly no alternative, I do say its customs are a direct unruly link to Due Process of Law Amendment 5 violations, Cruel and Unusual Punishment Amendment 8 violations, Citizens of the United States Amendment 14 violations, and Freedom of Speech Violations Amendment 1, all of which prohibits cruel and unusual versitile punishments. (64)

Casual, would embrace argumentive clumsy exercises of administrative unaccustomized behaviors, "Vibrant link violations" rather passionately accompanies the unreasonable dangerous accommodations in which I have been punitively enveloped, without any signs of abdicating. (65) I do say "unreasonable" with amicable understanding of the word, because if I could devise or conjure up some "reason" for this odious El Paso County Colorado Springs, Colorado Jails administration who is clearly in a state of "decay" unable to even be "them" the recipient of basic mails, i'd supply such reason. (66) Absurd dereliction, astoundingly unjustified, completely mystified, vibrantly unreasonable, are all very much reliable terms to articulate the exhaustive process I have devoted very much of my time through the grievance/general request sentiments provided in hopes this Jail'll relinquish some "reason." (67) There is no reason to keep me in isolated solitary restrictive confinement ever since "July 2021" under disciplinary sanctions, one hour out of my cell a day, not a single outside recreation, frigid conditions

94 sentences

Defendant #3

page 10 of 18   D. Statement of Claims against "El Paso County Jail in Colorado Springs" Colorado

rancid foul odors of feces, disciplinary sanctions which include no privileges, no commissary, no towel boxers socks t-shirts visits etc. (68) To include Freedom of Speech violations, disregarding many of my grievances due to a 5 day protocol, a protocol of which I have only been unable to meet due to their very own negligent response manners whom by which prevent my ability to enter a timely grievance. (69)

"Such punishments imposed upon me being an additional punishment above the criminal courts is prohibited."(70)

"The duration of this stead im still undergoing and enduring in isolated solitary restrictive confinement is of a cognizable liberties interest."(71)

"This local governmental entity isn't solely liable because of their employees or ostensible partners who have inflicted undoable constitutional deprivations/injuries on me, but too because of it's inarguable, undisputable camaraderie being its "policies and customs" triumphing over constitutional lineage whom prohibit extended unreasonable durations in isolated solitary restrictive confinement under the 23-1 conditions in which I am being held."(72)

Claim #2

Amendment 1 Violations "Freedom of Speech"

El Paso County Jail of Colorado Springs, Colorado is not only being apprehended for Amendment 8 cruel and unusual versitile punishments, but to is being apprehended regarding policies and customs utilized for disciplinary conditions thus violating Due Process of law Amendment 5 assertions alongside "Amendment 1 Freedom of Speech violations", which prohibit agencies of such prestigious municipality, hence "Home rule charter" authorizations

a4 sentences

page 10 of 18

D. Statement of Claims against "El Paso County Jail in Colorado Springs, Colorado" Defendant #3

Such as jail confines ^to prevent the right ^of prisoners to fully complain or grievance matter through proper grievance avenues. This ridiculous agency has violated my freedom of speech rights on a global scale, proven vibrantly throughout the vast amount of grievances the neglect to adhere my concerns or change policy. (73) (74)

"Quite simply abundant grievances I have entered exercising my 1st Amendment right to resolve issues have either been disregarded due to a ill mannered/ignorant policy, or purposely unanswered creating an ill mannered approach on my behalf." (75)

"Freedom of speech violations are broadly conveyed when avenues to complain or cordially grievance matter is thwarted or stopped." (76)

G. Request for Relief

"compensations correspondent to such tragedies envisioned amount nonetheless uniformly are to redeem and accommodate any such losses due to absence of precious policy." (77)

I am requesting a Jury Trial, and monetary Relief in the amount of 6 million Dollars, $6,000,000.00, six million Dollars, from Defendant #3 El Paso County Jail in Colorado Springs, Colorado. (78)

April, 22, 2022

Truly, Willis Earl Jenkins Jr
W.E / [signature]

qe sentences

page 12 of 18    D. Statement of Claims against Sheriff Bill Elder    Defendant #4

"Due process of Law devotions achieve universal spontaneous resolve wherein subtle compliments detail in vibrant fashion any relative regiments imploring."(79)

"The law which instructs honest, fair, liberal relations upon inquiry and beyond."(80)

### Claim #1

Due process of Law, Amendment 5 violations

I do say just like this citations emanivit, quite frankly each element of such inflection "has" succumb to sheriff Bill Elders vastness. It is indeed promulgated broadly (81) his elite responsibility for the ceaseless operational policies who undoubtedly persuade any meager or pronounced appraisal of policy lesser staff (Deputies, officers, etc.) relay to me through grievance sentiments, (82) or that of which can be found upon the Jails Kiosk. Chided such ill mannered policy and customs has caused demoralizing harm and effects acknowledging the facts that such policy and customs has left me unvoluntarily in isolated solitary restrictive confinement for a cruel and unusual amount of time, "still" with no signs of (83) abdicating. Since July 2021 to be factually complete."(84)

"Privy to not undermine Bill Elders state of mind, to be anything other than aware of such durations in isolated solitary restrictive confinement 23/1, or sentiments perhaps, I do say would discourage any occupants dispute driven to assist or defend Sheriff Bill Elders state of mind to facilitate."(85)

"Awareness of such tenuous matters meager or pronounced

94 sentences

page 13 of 18   D. Statement of Claims against Sheriff Bill Elder   Defendant #4

"with the correct state of mind it takes to fascilitate such, prevent governmental entity deprivations, I do say ignorance of such matter is far from an immunity." (86)

"Constitution right deprivations with the correct state of mind "shall not" be regular, nor present." (87)

"The question of if Sheriff Bill Elder acted with the state of mind required to establish these circumstantial constitutional right Deprivations quite frankly is a misuse of relevance, because a foul, or incorrect state of mind pivots directly to his ability to facilitate or lack thereof." (88)

### Claim #2

Freedom of Speech, Amendment #1 violations

"There is absolutely a painful, but affirmative link between these constitutional deprivations/right violations, such as Amendment 1 Freedom of Speech violations, Amendment 5 Due process of law violations, and Amendments 8 & 14 cruel and unusual punishments, citizens of these united states violations where Sheriff Bill Elder pleasantly is to be held liable, acknowledging his seclusion to all the rhetoric procurred with the precision of following policy, or lack thereof, thus consequencing employees for failure to meet his policies or customs platitudes, standards per-say." (89)

"By virtue of his own state of mind/conduct arising from Bill Elders superintendent responsibilities, sheriff Bill Elder not only plausibly, but to knowingly incur ignominy through the resilient manner in which my grievances are adhered, whom he should prioritize and gradually facilitate any inefficiencies alongside interpret any unruly advocates I may be

94 sentences

page 14 of 18

Defendant #4

D. Statement of Claims against Sheriff Bill Elder

Unearthing once privy to such constitutional right deprivations, acknowledging the amount of grievances I have exhausted, "my exhibit absolutely envelopes every element of Sheriff Bill Elders superintendent official and individual capacity." (90)

Bill Elder (sheriff) not only an ostensible partner, but too is privy to all ~~finessial~~ financial retrebutions and pecuniary gain reassured through the El Paso County Colorado Springs, Colorado Jail. (91) Reliable personal participation not only can be alledged by him being the supervisory official, "any assistant or employees acting in accordance to an agencies customs, policies, or ordiance and is immersed in such a fashion to contract of financial retributions, pecuniary gain, or insurance, is liable to profound apprehension to that of any deprivation of a federally protected right, enactant with constitutional right violations for failure to supervise any inchoate sentiments." (92)

- G. Request for Relief

"Compensations correspondent to such tragedies envisioned amount nonetheless uniformly are to redeem and accommodate any such losses due to absence of precious policy" (93)

I am requesting a Jury Trial, and monetary Relief in the amount of 6 million Dollars, $6,000,000.00, Six Million Dollars from Defendant #4 sheriff Bill Elder. (94)

April 22, 2022          Truly, Willis Earl Jenkins Jr
                        W.E. [signature]