IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**WILLIS EARL JENKINS, JR.,**

    **Plaintiff,**

    v.                                     CASE NO. 22-3085-SAC

**ELIZABETH O'NEIL, et al.,**

    **Defendants.**

### MEMORANDUM AND ORDER

This matter is before the Court on a civil rights complaint filed under 42 U.S.C. § 1983 by a pretrial detainee at the El Paso County Jail (EPCJ) in Colorado Springs, Colorado. Plaintiff has filed a motion for leave to proceed *in forma pauperis*.

The complaint identifies the defendants as: Elizabeth O'Neil, Head of Classification at the EPCJ; (fnu) Ravencamp, Deputy and Disciplinary Hearing Officer at the EPCJ; the EPCJ; and Bill Elder, Sheriff of El Paso County. Plaintiff's allegations in the complaint are based on his housing in restricted conditions at the EPCJ.

Under 28 U.S.C. § 1391(b):

> A civil action may be brought in –
>
> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;
>
> (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated . . .

28 U.S.C. § 1391(b)(1)–(2).

Venue is proper in Colorado under 28 U.S.C. § 1391(b). The Court directs the Clerk of the Court to transfer this matter to the United States District Court for the District of Colorado.

**IT IS THEREFORE ORDERED BY THE COURT** that the Clerk of Court shall transfer this action to the United States District Court for the District of Colorado.

**IT IS SO ORDERED**.

**Dated April 29, 2022, in Topeka, Kansas.**

s/ Sam A. Crow
SAM A. CROW
Senior U. S. District Judge
